**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ronald Barry FORRESTER, also**
**known as Ron Forrester; Leslie Forrester, also known as Leslie Janet**
**Hocker, Defendants–Appellants.**

No. 05–21053.

United States Court of Appeals,
Fifth Circuit.

July 17, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

David Benjamin Gerger, David Keith Isaak, David Gerger & Associates, Houston, TX, for Defendants–Appellants.

Before HIGGINBOTHAM, DAVIS, and BARKSDALE, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

321

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6